UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v.<br><br>JOSE MATA,<br><br>           Defendant. | Case No.  3:15-cr-00044-JO-15<br><br>ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)<br><br>(COMPASSIONATE RELEASE) |

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is DENIED after complete review of the motion on the merits.

    FACTORS CONSIDERED:

Compassionate release is "rare and extraordinary" and courts routinely deny such claims.  Defendant Jose Mata (Mata), who pleaded guilty to Conspiracy to Distribute and Possess with Intent to Distribute Heroin, has presented no extraordinary or compelling reason justifying release.  He is not suffering from a serious physical or medical condition that substantially diminishes his ability to provide self-care within the environment of the prison.  Of the medical conditions he lists, only obesity (BMI over 30) is listed by the CDC as a factor that places him in the category of people who <u>are</u>, as opposed to <u>might be</u>, at increased risk of severe illness due to COVID-19.   Mata is only 32 years old and has served less than 50 percent of his

1 Order

120- month sentence. FCI Danbury, where Mata is housed, currently has 819 inmates and has had 1 death due to COVID-19. As of August 25, 2020, no inmates are infected with COVID-19, one staff member is infected, and 86 prisoners and 63 staff members have recovered. https://www.bop.gov/coronavirus/ Those numbers have remained constant over the past few weeks indicating that FCI Danbury is controlling the outbreak of the virus.

   IT IS SO ORDERED.

Dated the 26th of August, 2020.

/s/ Robert E. Jones_____
Robert E. Jones
Senior United States District Judge