IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:15-cr-00044-JO-15 |
| Plaintiff, | ORDER GRANTING MOTION TO REDUCE SENTENCE |
| v. | |
| JOSÉ MATA, | |
| Defendant. | |

This matter is before the Court on remand from the Ninth Circuit based on this Court's indicative ruling regarding de novo review in light of *United States v. Aruda*, 993 F.3d 797 (9th Cir. 2021), of the defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). The parties having now agreed that family circumstances and a combination of medical conditions constitute extraordinary and compelling reasons, the Court finds that, after full consideration of the relevant factors under 18 U.S.C. § 3553(a), extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served for the reasons stated in the defendant's motion. The effective date shall be three days after the entry of an amended judgment, not counting weekends and holidays, in order to permit time for the Bureau of Prisons to arrange for transportation to Oregon and to provide a test and determine that Mr. Mata does not have a positive

Page 1   ORDER GRANTING MOTION TO REDUCE SENTENCE

result for Covid-19. If the facility cannot or does not make the determination by that date, the government shall notify the Court without delay. The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community and is consistent with Sentencing Commission policy statements and the totality of the circumstances.

The Court therefore GRANTS the Motion to Reduce Sentence to time served.

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith amending the term of imprisonment to time served, effective three days after the entry of the amended judgment, with all conditions of supervised release remaining the same.

Dated this 21st day of September, 2021.

_____
The Honorable Robert E. Jones
Senior United States District Judge